ALBANY,
August, 1830.

Bates
v.
Loomis.

---

## BATES *vs.* LOOMIS.

On a motion to the court, if the party asks in his notice for greater or other relief than that to which he is entitled, although his motion be granted in part, he will not be allowed costs.

August 5th.

QUESTION of costs of non-enumerated motion. The defendant gave notice of his intention to move this court to set aside the *default* entered in this case for not pleading, and all subsequent proceedings for *irregularity.* It appeared on ex-

amining the case that the default was regularly entered, but that the subsequent proceedings were irregular. The defendant's counsel said he waived that part of the application which related to the default, and asked that the subsequent proceedings be set aside with costs.

*M. T. Reynolds*, for defendant.

*J. Edwards*, for plaintiff.

*By the Court*, MARCY, J. The proceedings subsequent to the default must be set aside, but *no costs* to be paid by the plaintiff. By asking for greater and other *relief than he was* entitled to, the defendant compelled the plaintiff to come into court, to resist the motion, and he has done so successfully as to part of it. In ordinary cases, where a motion is successfully resisted, the party opposing is entitled to costs; but here, the party moving succeeding in part of his motion, would be entitled to costs but for the right of his adversary to costs. As both parties, therefore, are entitled to costs, instead of directing a set-off of one bill against the other, the practice of the court is to allow costs to neither party. The waiving of the motion as to the default, on the hearing, does not change the rights of the parties.